Michael W. Haynes, Esq.
Saidee M. Johnston, Esq.
Joyce & MacDonald, PLLP
100 E. Broadway St., 1st Fl.
Butte, Montana 59701
Telephone:  (406) 723-8700
Facsimile:  (406) 723-8788
Email: mike@joyce-macdonald.com
     saidee@joyce-macdonald.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| ILENE J. SCOTT, | Cause No.  CV 23-59-BU-BMM-JTJ |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| HOME DEPOT U.S.A., INC., and DOES 1-5, | |
| Defendants. | |

COMES NOW, Plaintiff Ilene J. Scott ("Ilene"), and for her Complaint against Defendants Home Depot U.S.A., Inc. (hereafter "Home Depot"), and Does 1-5, alleges as follows:

**I.**

The Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the Plaintiff and all

1.   **COMPLAINT**

Defendants, and the amount in controversy, exclusive of interest and costs, exceeds the value of $75,000.00.

## II.

Ilene is a resident of Jefferson County, Montana.

## III.

Defendant Home Depot is a foreign, for-profit corporation that owns, operates, and conducts business at The Home Depot store located at 1801 E. Custer Avenue in Helena, Montana (hereafter "Helena HD").

## IV.

Does 1-5 are unidentified defendants who, through the discovery process, may be subject to liability for the damages caused to Ilene as a result of the events giving rise to this action.

## V.

The events giving rise to this action occurred in Lewis and Clark County, Montana.

## VI.

On or about May 18, 2022, Ilene was shopping at the Helena HD. While walking the aisles in the gardening department, Ilene's foot struck a piece of wood that was jutting out from a broken pallet and into the walking aisle. As a result, Ilene tripped, fell to the ground and suffered serious bodily injuries.

## VII.

Defendant Home Depot owed Ilene a duty to use ordinary care to maintain Helena HD in a reasonably safe condition and to properly inspect and warn her of any hidden or lurking dangers.

## VIII.

Home Depot failed to discharge its duties to Ilene by causing the pallet to be broken and protrude into its aisle, failing to maintain its walking aisles at Helena HD in a reasonably safe condition, failing to properly inspect its aisles, and failing to warn Ilene of the unreasonably dangerous trip hazard posed to her by its broken pallet.

## IX.

As a direct and proximate result of Defendants' negligence, Ilene suffered serious bodily injuries; incurred medical expenses and will incur medical expenses in the future; endured pain and suffering of body and mind and will endure pain and suffering of body and mind in the future; and has and will continue to suffer a loss of the ability to enjoy her established course of life.

## X.

Ilene is legally entitled to recover damages from Defendants for all detriment caused to her as a result of their negligence.

## XI.

WHEREFORE, Ilene prays for relief as follows:

1. For those damages to be proven at trial.

2. For reasonable attorney's fees.

3. For costs of suit incurred herein.

4. For any other further relief the Court deems just and proper.

DATED this 5th day of September 2023.

Joyce & MacDonald, PLLP

<u>/s/ Michael W. Haynes</u>
Michael W. Haynes, Esq.
*Attorneys for Plaintiff Ilene J. Scott*
