Michael W. Haynes, Esq.
Saidee M. Johnston, Esq.
Joyce & MacDonald PLLP
100 East Broadway Street, 1st Floor
Butte, MT  59701
Telephone: (406) 723-8700
Facsimile: (406) 723-8788
Email:	mike@joyce-macdonald.com
	saidee@joyce-macdonald.com
Attorneys for Plaintiff

Mitchell J. Vap
VAP LAW PLLC
101 East Broadway Street, Suite 200
P.O. Box 8718
Missoula, MT 59807
Telephone: (406) 493-1617
Facsimile: (406) 493-1196
Email:	mitch@vaplawmt.com
Attorneys for Defendant Home Depot U.S.A., Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIST OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ILENE J. SCOTT,<br>　　　　　Plaintiff,<br>v.<br><br>HOME DEPOT U.S.A, INC., and DOES 1- 5,<br>　　　　　Defendants. | Cause No. 23-CV-00071-BMM<br><br>STIPULATION TO DISMISS |

Plaintiff Ilene J. Scott, by and through counsel, and Defendant Home Depot U.S.A., Inc., by and through housel hereby stipulate and agree that this case may be dismissed with prejudice as having been fully settled upon the merits and that each of the parties shall bear their own costs and attorney's fees.

IT IS SO STIPULATED this 17th day of May, 2024.

| JOYCE & MACDONALD, PLLP | VAP LAW PLLC |
|---|---|
| *s/ Michael W. Haynes* <br> *s/ Saidee M. Johnston* <br> Michael W. Haynes <br> Saidee M. Johnston <br> Attorneys for Plaintiff | *s/ Mitchell J. Vap* <br> Mitchell J. Vap <br> Attorneys for The Home Depot, U.S.A, Inc. |