IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIST OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ILENE J. SCOTT,<br><br>              Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A, INC., and DOES 1- 5,<br><br>              Defendants. | Cause No. 23-CV-00071-BMM<br><br>ORDER TO DISMISS |

UPON REVIEW of the Stipulation to Dismiss filed by the parties, and good cause appearing IT IS HEREBY ORDERED that this case is dismissed with prejudice as having been fully settled upon the merits and that each of the parties shall bear their own costs and attorney's fees.

DATED this 17th day of May, 2024.

_____
Brian Morris, Chief District Judge
United State District Court